**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7111**

DWIGHT XAVIER JONES,

              Plaintiff – Appellant,

        v.

CORRECTIONAL CARE SOLUTIONS; DENNIS A. TRACY; SERGEANT
KLAUSEN, Lexington County Detention Center; NFN MICKEN,
Lexington County Detention Center: JAMES R. METTS, Lexington
County Sheriff's Department,

              Defendants – Appellees,

        and

LEXINGTON COUNTY SHERIFF'S DEPARTMENT, LCMANET; LEXINGTON
COUNTY DETENTION CENTER,

              Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Henry M. Herlong, Jr., Senior
District Judge.  (0:09-cv-00269-HMH)

Submitted:  September 28, 2010        Decided:  October 6, 2010

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dwight Xavier Jones, Appellant Pro Se.  Amanda R. Maybank,
MAYBANK LAW FIRM, LLC, Charleston, South Carolina; Daniel C.

Plyler, DAVIDSON, MORRISON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwight Xavier Jones appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Corr. Care Solutions, No. 0:09-cv-00269-HMH (D.S.C. July 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED